JOHN R. MILLER et al., and JOHN P. STOCKTON, appellants,

*v.*

THE AMERICAN TOBACCO COMPANY, respondent.

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *Attorney-General et al.* v. *American Tobacco Co., 10 Dick. Ch. Rep. 352.*

*Mr. Thomas N. McCarter,* and *Mr. Thomas N. McCarter, Jr.,* for the appellants.

*Mr. Richard V. Lindabury,* and *Mr. W. W. Fuller* (of New York), for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—DEPUE, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, HENDRICKSON, KRUEGER, NIXON, VREDENBURGH—11.

*For reversal*—None.